# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

                v.                Crim. No. 5:12-CR-226-1FL

**CHRISTOPHER DION MIMS**

    On April 10, 2015, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

                                        I declare under penalty of perjury that the foregoing is true and correct.

                                        /s/ Maurice J. Foy  
                                        Maurice J. Foy  
                                        Senior U.S. Probation Officer  
                                        310 New Bern Avenue, Room 610  
                                        Raleigh, NC 27601-1441  
                                        Phone: 919-861-8678  
                                        Executed On: February 15, 2018

## ORDER OF COURT

    Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

    Dated this __15th__ day of ____February____, 2018.

                                          Louise W. Flanagan  
                                          U.S. District Judge